UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| SOCORRO ESPINOSA-VEGA, <br> ELEAZAR GARCIA, <br> MAURICIO HERNANDEZ-MATIAS, <br> RONALDO MARTINEZ-RODRIGUEZ, <br> UBENCE DE JESUS PACHECO-PEREZ, <br> ISRAEL PARAS-TORRES, <br> JAVIER QUESADA, <br> MACELINO RAMIREZ-ROSALES, <br> DANIEL SALAZAR-CUEVAS and <br> CARLOS VALENZUELA, <br><br>     Plaintiffs, <br><br> vs. <br><br> ADRIAN I. LAND and <br> LAND AGRI-BUSINESS, INC., <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br><br> No. 1-09-cv-216-SPM-AK |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with the provisions of F.R.Civ.P. 41(a)(i), the Plaintiffs file this notice to the dismiss this action with prejudice. Defendants have not filed an answer or a motion for summary judgment in this action. This notice is based upon a full and complete resolution of the dispute between the parties.

Respectfully submitted,

*/s/ ALEJANDRO T. REYES*
Alejandro T. Reyes
Florida Bar Number 0026856
Migrant Farmworker Justice Project
508 Lucerne Avenue
Lake Worth, Florida   33460-3819
Telephone:(561) 582-3921
Facsimile: (561) 582-4884
e-mail:     Alejandro@Floridalegal.Org

Attorney for Plaintiffs

**Dated: October 26, 2009**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing has been furnished by first class United States mail, postage prepaid, to Defendant Mr. Adrian I. Land at 5860 SE County Road 500, Branford, FL 32008 and Leenette W. McMillan (Registered Agent for Defendant Land Agri-Business, Inc.) at 152 West Main Street Suite C, Mayo, FL 32066.

*/s/ Alejandro T. Reyes*
Alejandro T. Reyes
Attorney at Law

2