IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SOCORRO ESPINOSA-VEGA,

    Plaintiff,

vs.                                  CASE NO.: 1:09-CV-216-SPM/AK

ADRIAN I. LAND, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Plaintiffs' Notice of Voluntary Dismissal With Prejudice (doc. 7). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

1.    This case is hereby ***dismissed with prejudice***.

2.    The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this <u>twenty-ninth</u> day of October, 2009.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge